United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 22, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20403
Summary Calendar

LARRY BRADLEY,

Plaintiff-Appellant,

versus

LYONDELL-CITIGO REFINING LP, also known as Lyondell-Citigo
Refining Ltd.,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-1947
--------------------

Before DAVIS, SMITH and DENNIS, Circuit Judges

PER CURIAM:[*]

Larry Bradley appeals from the district court ruling granting summary judgment to the defendant, Lyondell-Citgo LP ("LCR"). Bradley brought an action against LCR for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), and the Americans with Disabilities Act of 1964, 42 U.S.C. § 12101 ("ADA") for discriminatory and retaliatory discharge. The district court granted summary judgment for LCR on the issues of liability under both Title VII and the ADA. We AFFIRM the judgment of the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court for essentially the reasons as stated in its memorandum opinion and order.